# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN EPPENGER,

    Defendant.

Case No. 2:11-cr-00412-LDG (CWH)

**ORDER**

The defendant, Kevin Eppenger, moved to suppress (#18), which motion the Government opposed (#20). The Magistrate Judge conducted an evidentiary hearing and the parties filed supplemental briefs (## 26, 28). The Magistrate Judge recommended (#35) that the motion to suppress be granted, and notified the parties that any objection to the recommendation must be made in writing and within fourteen days. More than fourteen days have passed since the Magistrate Judge made his recommendation, and neither party has filed an objection. Accordingly,

THE COURT **ADOPTS** the Findings and Recommendation (#35);

THE COURT **ORDERS** that Defendant's Motion to Suppress (#18) is GRANTED.

DATED this ____ day of October, 2012.

_____
Lloyd D. George
United States District Judge